# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/22/2022 |
| Case: 1−22−41414−nhl | Form ID: 309E1 | Total: 24 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Mendel Paneth        85 Bolivar Street        Staten Island, NY 10314 | |
| aty | Paul Hollender        Corash & Hollender PC        1200 South Avenue        Suite 201        Staten Island, NY 10314 | |
| smg | United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave. NW        Washington, DC 20220 | |
| smg | NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240 | |
| smg | NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205 | |
| smg | Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346 | |
| smg | NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719 | |
| smg | Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014 | |
| 10083731 | Amex        Correspondence/Bankruptcy        Po Box 981540        El Paso, TX 79998 | |
| 10083732 | Amex        P.o. Box 981537        El Paso, TX 79998 | |
| 10083733 | Capital One        Attn: Bnakruptcy        P.O. Box 30285        Salt Lake City, UT 84130 | |
| 10083734 | Capital One        Po Box 31293        Salt Lake City, UT 84131 | |
| 10083735 | Chase Card Services        Attn: Bankruptcy        P.O. 15298        Wilmington, DE 19850 | |
| 10083736 | Chase Card Services        Attn: Bankruptcy        P.O. 15298        Wilmington, DE 19850 | |
| 10083737 | Chase Card Services        Po Box 15369        Wilmington, DE 19850 | |
| 10083738 | Chase Card Services        Po Box 15369        Wilmington, DE 19850 | |
| 10083739 | David Reiner        1761 59th Street        Brooklyn, NY 11204 | |
| 10083740 | DiTommasso Realty        113 New Dorp Plaza        Staten Island, NY 10306 | |
| 10083741 | Gershon Spiegel        49 Whispering Pines Lane        Lakewood, NJ 08701 | |
| 10083742 | Israel Vider        1507 Ave M #2        Brooklyn, NY 11230 | |
| 10083744 | Moshe Bergman, Arbitrator        1328 E.23rd Street        Brooklyn, NY 11210 | |
| 10083743 | Moshe Bergman, Arbitrator        2701 Avenue N        Brooklyn, NY 11210 | |
| 10083745 | Verizon Wireless        Attn: Bankruptcy        500 Technology Dr, Ste 599        Weldon Springs, MO 63304 | |
| 10083746 | Verizon Wireless        National Recovery Operations        Minneapolis, MN 55426 | |

TOTAL: 24