**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re:

                                              Case No. 1-22-41414-nhl

        MENDEL PANETH

                                               Chapter 11

                       Debtor

-------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

       I, Brian Palma, of Staten Island, New York, certify:

       That I am, and at all times hereinafter mentioned was, more than 18 years of age;

       That on the 29th day of August, 2022, I served a copy of the Notice of Deadline Requiring Filings of Proofs of Claim, Order Establishing Deadline for Filing Proofs of Claim and Official Form 410, Proof of Claim by depositing a true copy thereof in a post-paid wrapper, under the exclusive care and custody of the United States Postal Service, within New York State. These copies were sent to the last known address listed below:

Office of the US Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

David Reiner
1761 59th Street
Brooklyn, NY 11204

Gershon Spiegel
49 Whispering Pines Lane
Lakewood, NJ 08701

Internal Revenue Service
P.O. BOX 7346
Philadelphia, Pa 19101-7346

Israel Vider
1507 Ave M #2
Brooklyn, NY 11230

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Moshe Bergman, Arbitrator
2701 Avenue N
Brooklyn, NY 11210

Moshe Bergman, Arbitrator
1328 E.23rd Street
Brooklyn, NY 11210

NYS Dept of Tax & Finance
Bankruptcy Unit TCD
Building 8 Room 455
WA Harriman State Campus
Albany, NY 12227

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 29 , 2022

_____/s/_____
Brian Palma