UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
In re:

                                          Chapter 11

MENDEL PANETH

                                          Case No. 22-41414

                          Debtor.
----------------------------------x

## PRO-SE NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS BY SARAH PANETH

      **PLEASE TAKE NOTICE** that SARAH PANETH, a/k/a SURY PANETH, gives notice of her appearance, pro-se, as an interested party in the above-styled case, hereby submits to this Court's jurisdiction, and requests that all notices, pleadings, motions, orders and documents filed in this proceeding be served upon her. All such documents should be addressed as follows:

                                  SARAH PANETH
                                85 BOLIVAR STREET
                              STATEN ISLAND, NY 10314
                         E-MAIL: surypaneth1@gmail.com

      **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed electronically, by mail delivery, telephone, telegraph, telex or otherwise filed with regard to this bankruptcy case.

Dated: Staten Island, New York
       December 5, 2022

                                                                    _____
                                                                    Sarah Paneth

TO:   Clerk of the Court
       U.S. Bankruptcy Court
       271 Cadman Plaza East
       Brooklyn, New York 11201