Fill in this information to identify the case:

Debtor Name **Mendel Paneth**

United State Bankruptcy Court for the
Eastern District of New York

Case No: **22-41414-NHL**

Check if this is ☐
an amended filing

## Monthly Operating Report for LLC Owned by Chapter 13 Debtor

Month:  April 2023          Date report filed:  6/29/2023

Line of business: Personal Services          NAISC Code:  _____

In accordance with title 28, section 1746 of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Original signature of responsible party  _____

Printed Name of responsible party   Mendel Paneth _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | Yes | No | N/A |
|---|---|---|---|
| **If you answer No to any of the questions in lines 1-9 attach an explanation and label it Exhibit A** | | | |
| 1. Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. Have you deposited all the receipts for your business into account ending in _0076 | ☒ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all your taxes? | ☐ | ☐ | ☒ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☒ |
| **If you answer No to any of the questions in lines 1-9 attach an explanation and label it Exhibit B** | | | |
| 9. Do you have any bank accounts open other than the account ending in **0076** | ☐ | ☒ | ☐ |
| 10. Have you sold any assets other than inventory? | ☐ | ☐ | ☒ |

1

| | Yes | No | N/A |
|---|---|---|---|
| 11. Have you sold or transferred any assets or provided services to anyone related to Debtor? | ☐ | ☐ | ☒ |
| 12. Did any insurance company cancel your policy? | ☐ | ☐ | ☒ |
| 13. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 14. Have you borrowed money from anyone or made any payments on your behalf | ☐ | ☒ | ☐ |
| 15. Has anyone made an investment in your business? | ☐ | ☒ | ☐ |
| 16. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 17. Have you allowed any checks to clear the bank that were issued before you filed Bankruptcy? | ☐ | ☒ | ☐ |

## 2. Summary of Cash Activity for All Accounts

18. Total opening balance of all accounts  **$28,039.34**

This amount must equal what you reported as the cash on hand
at the end of the month in the previous month. If this is your first
report, report balance the total cash as of the date of the filing of this case.

19. Total cash receipts  **$ 18,879.87**

20. Total cash disbursements  **$ 47,530.46**

21. Net Cash Flow

Subtract line 19 from line 20 and report the result here  **+$ 28,650.59**
This amount may be different from what you may have
calculated as net profit.

22. Cash on hand at end of the month

Add line 21 + Line 18. Report the result here.

Report this figure as the cash on hand at the beginning of the  **=$ - 611.25**
month on your next operating report.

This amount may not match your bank account balance because
you may have outstanding checks that have not cleared the bank
or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred
since the day you filed bankruptcy but have not paid. Label it Exhibit C.
Include the date the debt was incurred, who is owed the money,
the purpose of the debt, and when the debt is due.
Report the total from Exhibit C here.

23. Total Payables  **$    0**
    (Exhibit C)

Paneth/Mendel
Chapter 13 Case No: 22-41414
Income Sources

| Source | Date | Amount |
|---|---|---|
| | | |
| Marketing and Graphic | 11-Apr | $ 5,000 |
| | 17-Apr | $ 4,000 |
| | 17-Apr | $ 2,000 |
| | | |
| **Subtotal** | | **$ 11,000** |
| | | |
| Writing and Graphic | | |
| | | |
| **Subtotal** | | |
| | | |
| Trip | 17-Apr | $ 1,500 |
| | 17-Apr | $ 2,000 |
| | | |
| **Subtotal** | | **$ 3,500** |
| | | |
| Cantor/Signing | 17-Apr | $ 1,500 |
| | | |
| **Subtotal** | | **$ 1,500** |
| | | |

| **Total Income** | | | **$16,000** |
|---|---|---|---|



**Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT



Go paperless.

MENDEL PANETH LLC
85 BOLIVAR STREET
STATEN ISLAND NY  10314

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | Apr 01 2023-Apr 30 2023 |
| Cust Ref #: | ˙E-*** |
| Primary Account #: | .0076 |

## TD Business Convenience Plus

MENDEL PANETH LLC

Account #    ;0076

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 28,039.34 | Average Collected Balance | 5,563.10 |
| Deposits | 7,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 879.87 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 11,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Electronic Payments | 47,285.46 | | |
| Other Withdrawals | 220.00 | | |
| Service Charges | 25.00 | | |
| Ending Balance | -611.25 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/03 | SBB MDEPOSIT | | 1,000.00 |
| 04/03 | SBB MDEPOSIT | | 1,000.00 |
| 04/17 | SBB MDEPOSIT | | 2,000.00 |
| 04/17 | SBB MDEPOSIT | | 1,500.00 |
| 04/17 | SBB MDEPOSIT | | 1,500.00 |
| | | Subtotal: | 7,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/07 | DEBIT CARD CREDIT, AUT 040723 VISA DDA REF WWW PREMIEREABANO IT    ABANO TERME  I TA 4085404032285573 | | 848.87 |
| 04/14 | DEBIT CARD CREDIT, AUT 041323 VISA DDA REF WISE            188 89083833  * NY 4085404032285573 | | 31.00 |
| | | Subtotal: | 879.87 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance ............ -611.25

② Total Deposits +

③ Sub Total

④ Total Withdrawals

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill.

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# Bank

**America's Most Convenient Bank®**

MENDEL PANETH LLC

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | Apr 01 2023-Apr 30 2023 |
| Cust Ref #: | -E-*** |
| Primary Account #: | 0076 |

## Other Credits

| 04/11 | WIRE TRANSFER INCOMING, ENERGY PLUS NY INC | 5,000.00 |
|---|---|---|
| 04/17 | WIRE TRANSFER INCOMING, WALTON REALTY NY LLC | 4,000.00 |
| 04/17 | WIRE TRANSFER INCOMING, YOCHANAN LAUBER OR SARA LAUBER | 2,000.00 |
| | Subtotal: | 11,000.00 |

## Electronic Payments

| 04/03 | PHONE TRANSFER, To CHECKING 4424134255 | 18,000.00 |
|---|---|---|
| 04/03 | DEBIT CARD PAYMENT, AUT 040123 VISA DDA PUR<br>GOOGLE GSUITE HUNDRED CC GOOGLE COM * CA<br>4085404032285573 | 522.60 |
| 04/03 | DEBIT POS, AUT 040223 DDA PURCHASE<br>BEST BUY 469 STATEN ISLAND * NY<br>4085404032285573 | 384.80 |
| 04/03 | DEBIT CARD PURCHASE, AUT 040223 VISA DDA PUR<br>PAYPAL MAZAL53 VISA DIRECT * CA<br>4085404032285573 | 103.20 |
| 04/03 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>PAYPAL MAZAL53 VISA DIRECT * CA<br>4085404032285573 | 103.20 |
| 04/03 | DEBIT CARD PURCHASE, AUT 033023 VISA DDA PUR<br>AMZN MKTP US HS3ZA0NV0 AMZN COM BILL * WA<br>4085404032285573 | 80.03 |
| 04/03 | DEBIT CARD PURCHASE, AUT 040223 VISA DDA PUR<br>AMZN MKTP US HY5XC09A1 AMZN COM BILL * WA<br>4085404032285573 | 58.76 |
| 04/03 | DEBIT CARD PURCHASE, AUT 033123 VISA DDA PUR<br>AMZN MKTP US HY3UT09J1 AMZN COM BILL * WA<br>4085404032285573 | 40.27 |
| 04/03 | DEBIT CARD PAYMENT, AUT 033123 VISA DDA PUR<br>GOOGLE GOOGLE STORAGE 855 836 3987 * CA<br>4085404032285573 | 10.88 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>AMZN MKTP US HY1CX2292 AMZN COM BILL * WA<br>4085404032285573 | 528.22 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>LYFT RIDE MON 9AM LYFT COM * CA<br>4085404032285573 | 121.51 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>LYFT RIDE MON 7AM LYFT COM * CA<br>4085404032285573 | 60.45 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>AMZN MKTP US HY6UF2KX2 AMZN COM BILL * WA<br>4085404032285573 | 25.03 |

# Bank

**America's Most Convenient Bank®**

MENDEL PANETH LLC

| | |
|---|---|
| Page: | 4 of 11 |
| Statement Period: | Apr 01 2023-Apr 30 2023 |
| Cust Ref #: | _-*** |
| Primary Account #: | J076 |

## Electronic Payments (continued)

| Date | Description | Amount |
|---|---|---|
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>AMZN MKTP US HS15B8FV1    AMZN COM BILL * WA<br>4085404032285573 | 14.70 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>LYFT   RIDE MON 12PM    LYFT COM    * CA<br>4085404032285573 | 13.11 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>LYFT   RIDE MON 12PM    LYFT COM    * CA<br>4085404032285573 | 11.10 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>TICKET EXPERT        718 384 5052 * NY<br>4085404032285573 | 10.00 |
| 04/04 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>LYFT   RIDE MON 1PM    LYFT COM    * CA<br>4085404032285573 | 9.77 |
| 04/05 | DEBIT CARD PAYMENT, AUT 040423 VISA DDA PUR<br>STK SHUTTERSTOCK        866 6633954 * NY<br>4085404032285573 | 59.00 |
| 04/05 | DEBIT CARD PURCHASE, AUT 040323 VISA DDA PUR<br>AMZN MKTP US HS68E0XD0    AMZN COM BILL * WA<br>4085404032285573 | 23.94 |
| 04/06 | DEBIT CARD PURCHASE, AUT 040523 VISA DDA PUR<br>WISE            188 89083833 * NY<br>4085404032285573 | 31.00 |
| 04/06 | DEBIT CARD PURCHASE, AUT 040423 VISA DDA PUR<br>LYFT   RIDE TUE 12PM    LYFT COM    * CA<br>4085404032285573 | 8.64 |
| 04/06 | DEBIT CARD PURCHASE, AUT 040523 VISA DDA PUR<br>LYFT   CANCEL FEE      LYFT COM    * CA<br>4085404032285573 | 3.36 |
| 04/07 | DEBIT CARD PURCHASE, AUT 040623 VISA DDA PUR<br>LYFT   RIDE WED 1PM    LYFT COM    * CA<br>4085404032285573 | 47.42 |
| 04/07 | DEBIT CARD PURCHASE, AUT 040523 VISA DDA PUR<br>LYFT   RIDE WED 4PM    LYFT COM    * CA<br>4085404032285573 | 16.49 |
| 04/10 | DEBIT CARD PURCHASE, AUT 040923 VISA DDA PUR<br>IC INSTACART        HTTPSINSTACAR * CA<br>4085404032285573 | 90.78 |
| 04/10 | DEBIT CARD PAYMENT, AUT 040823 VISA DDA PUR<br>METRO BY T MOBILE AUTO    888 863 8768 * WA<br>4085404032285573 | 80.00 |
| 04/10 | DEBIT CARD PAYMENT, AUT 040923 VISA DDA PUR<br>ADOBE  CREATIVE CLOUD    408 536 6000 * CA<br>4085404032285573 | 59.87 |

 **Bank**

America's Most Convenient Bank®

MENDEL PANETH LLC

## Electronic Payments (continued)

| | | |
|---|---|---|
| 04/10 | DEBIT CARD PURCHASE, AUT 040923 VISA DDA PUR<br>IC INSTACART        HTTPSINSTACAR * CA<br>4085404032285573 | 2.00 |
| 04/11 | DEBIT CARD PURCHASE, AUT 040923 VISA DDA PUR<br>LYFT   RIDE SUN 1PM    LYFT COM    * CA<br>4085404032285573 | 11.44 |
| 04/12 | DEBIT CARD PURCHASE, AUT 041023 VISA DDA PUR<br>LYFT   RIDE MON 11AM    LYFT COM    * CA<br>4085404032285573 | 19.25 |
| 04/12 | DEBIT CARD PURCHASE, AUT 041123 VISA DDA PUR<br>AMZN MKTP US HJ05H4EJ1    AMZN COM BILL * WA<br>4085404032285573 | 10.88 |
| 04/12 | DEBIT CARD PURCHASE, AUT 041123 VISA DDA PUR<br>LYFT   RIDE TUE 8AM    LYFT COM    * CA<br>4085404032285573 | 8.49 |
| 04/13 | INTL DEBIT CARD PUR, AUT 041223 INTL DDA PUR<br>ROBERTO NALDI COLLECTION   ROMA      I TA<br>4085404032285573 | 2,672.11 |
| 04/13 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>EXPEDIA 72533146438680    EXPEDIA COM  * WA<br>4085404032285573 | 764.51 |
| 04/13 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>EXPEDIA 72532888353891    EXPEDIA COM  * WA<br>4085404032285573 | 101.32 |
| 04/13 | INTL TXN FEE, INTL TXN FEE | 80.16 |
| 04/13 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>AMZN MKTP US HJ5986EI2    AMZN COM BILL * WA<br>4085404032285573 | 39.18 |
| 04/13 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>LYFT   RIDE TUE 4PM    LYFT COM    * CA<br>4085404032285573 | 22.95 |
| 04/13 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>AMZN MKTP US HJ55R4052    AMZN COM BILL * WA<br>4085404032285573 | 17.41 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>AIRBNB HMRW2HA5ED        AIRBNB COM   * CA<br>4085404032285573 | 5,384.76 |
| 04/14 | INTL DEBIT CARD PUR, AUT 041323 INTL DDA PUR<br>VRBO FEE            512 759 0902   I RL<br>4085404032285573 | 577.61 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>AMZN MKTP US HJ9HX01R2    AMZN COM BILL * WA<br>4085404032285573 | 216.15 |
| 04/14 | DEBIT CARD PAYMENT, AUT 041323 VISA DDA PUR<br>TOPKLUXE            866 4689788  * FL<br>4085404032285573 | 198.78 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MENDEL PANETH LLC

| | |
|---|---|
| Page: | 6 of 11 |
| Statement Period: | Apr 01 2023-Apr 30 2023 |
| Cust Ref #: | ***  *** |
| Primary Account #: | 30076 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>AMZN MKTP US HJ8773MB1    AMZN COM BILL * WA<br>4085404032285573 | 193.73 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>AMZN MKTP US HJ8JV8MU1    AMZN COM BILL * WA<br>4085404032285573 | 160.20 |
| 04/14 | DEBIT POS, AUT 041423 DDA PURCHASE<br>PRIMARK STATEN ISLAND    STATEN ISLAND * NY<br>4085404032285573 | 141.54 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>AMZN MKTP US HJ0R575H1    AMZN COM BILL * WA<br>4085404032285573 | 39.90 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>LYFT  RIDE THU 10PM    LYFT COM    * CA<br>4085404032285573 | 18.57 |
| 04/14 | INTL TXN FEE, INTL TXN FEE | 17.33 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>AMZN MKTP US HJ5782X52    AMZN COM BILL * WA<br>4085404032285573 | 13.05 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>LYFT  RIDE THU 10PM    LYFT COM    * CA<br>4085404032285573 | 12.77 |
| 04/14 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>LYFT  RIDE THU 9PM    LYFT COM    * CA<br>4085404032285573 | 12.69 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041523 VISA DDA PUR<br>LUFTHANSA  220400541674    NEW YORK    * NY<br>4085404032285573 | 1,100.00 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>SWISS AIR  724794857849    187 73597947 * NY<br>4085404032285573 | 827.80 |
| 04/17 | INTL ATM DEBIT, AUT 041723 INTL DDA W/D<br>CR PARMA E PIACENZA    ATM    I TA<br>4085404032285573 | 721.48 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041423 VISA DDA PUR<br>PAYPAL  JACKBRANDAOCOMIC    402 935 7733 * CA<br>4085404032285573 | 620.00 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR<br>CSA GGA DAM TRIPINSURA    888 501 3025 * CA<br>4085404032285573 | 325.54 |
| 04/17 | INTL DEBIT CARD PUR, AUT 041623 INTL DDA PUR<br>LE CREUSET CASTEL ROMA    CASTEL ROMANO I TA<br>4085404032285573 | 320.24 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR<br>AMZN MKTP US HJ5CE4DE1    AMZN COM BILL * WA<br>4085404032285573 | 273.11 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MENDEL PANETH LLC

| | |
|---|---|
| Page: | 7 of 11 |
| Statement Period: | Apr 01 2023-Apr 30 2023 |
| Cust Ref #: | .*** |
| Primary Account #: | 0076 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/17 | DEBIT CARD PURCHASE, AUT 041523 VISA DDA PUR LUFTHANSA  220400541571   NEW YORK   * NY 4085404032285573 | 230.00 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041423 VISA DDA PUR AMZN MKTP US HJ78Q4BX2    AMZN COM BILL * WA 4085404032285573 | 115.29 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041223 VISA DDA PUR SWISS AIR  724830493698   187 73597947 * NY 4085404032285573 | 105.00 |
| 04/17 | INTL DEBIT CARD PUR, AUT 041623 INTL DDA PUR SUMUP  SERVIZIO TAXI RO   ROMA      I TA 4085404032285573 | 94.16 |
| 04/17 | INTL DEBIT CARD PUR, AUT 041623 INTL DDA PUR CENTRO TIM AEROPORTO DI   FIUMICINO   I TA 4085404032285573 | 77.55 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR CSA GGA DAM TRIPINSURA    888 501 3025 * CA 4085404032285573 | 59.00 |
| 04/17 | INTL DEBIT CARD PUR, AUT 041623 INTL DDA PUR UBER   TRIP        HELP UBER COM N LD 4085404032285573 | 57.58 |
| 04/17 | DEBIT CARD PAYMENT, AUT 041523 VISA DDA PUR ADOBE   STOCK        408 536 6000 * CA 4085404032285573 | 49.99 |
| 04/17 | DEBIT CARD PAYMENT, AUT 041423 VISA DDA PUR ADOBE STOCK         408 536 6000 * CA 4085404032285573 | 47.52 |
| 04/17 | INTL ATM FEE, INTL ATM FEE | 21.64 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041423 VISA DDA PUR LYFT   RIDE FRI 2PM    LYFT COM   * CA 4085404032285573 | 19.01 |
| 04/17 | INTL DEBIT CARD PUR, AUT 041623 INTL DDA PUR PRET A MANGER B ZH     ZURICH    C HE 4085404032285573 | 13.60 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR AMZN MKTP US HJ0HX8891    AMZN COM BILL * WA 4085404032285573 | 13.05 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041523 VISA DDA PUR P1 CBM8554604451        8554604451   * NM 4085404032285573 | 12.49 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041323 VISA DDA PUR LYFT   RIDE THU 11PM    LYFT COM   * CA 4085404032285573 | 12.30 |
| 04/17 | INTL TXN FEE, INTL TXN FEE | 9.61 |

---

# Bank

**America's Most Convenient Bank®**

MENDEL PANETH LLC

## Electronic Payments (continued)

| | | |
|---|---|---|
| 04/17 | DEBIT CARD PURCHASE, AUT 041523 VISA DDA PUR<br>NEWARK AP CART RENTAL    NEWARK     * NJ<br>4085404032285573 | 6.00 |
| 04/17 | DEBIT CARD PURCHASE, AUT 041523 VISA DDA PUR<br>NEWARK AP CART RENTAL    NEWARK     * NJ<br>4085404032285573 | 6.00 |
| 04/17 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 04/17 | INTL TXN FEE, INTL TXN FEE | 2.82 |
| 04/17 | INTL TXN FEE, INTL TXN FEE | 2.33 |
| 04/17 | INTL TXN FEE, INTL TXN FEE | 1.73 |
| 04/17 | INTL TXN FEE, INTL TXN FEE | 0.41 |
| 04/18 | DEBIT CARD PURCHASE, AUT 041423 VISA DDA PUR<br>AMZN MKTP US HJ63L6SB1    AMZN COM BILL * WA<br>4085404032285573 | 156.69 |
| 04/18 | DEBIT CARD PURCHASE, AUT 041723 VISA DDA PUR<br>LYFT   RIDE MON 10AM    LYFT COM    * CA<br>4085404032285573 | 18.93 |
| 04/18 | INTL DEBIT CARD PUR, AUT 041723 INTL DDA PUR<br>PORTA MARINA          POMPEI    I TA<br>4085404032285573 | 11.08 |
| 04/18 | INTL DEBIT CARD PUR, AUT 041623 INTL DDA PUR<br>MAGLIONE SRL TEANO OVEST   TEANO     I TA<br>4085404032285573 | 3.20 |
| 04/18 | INTL DEBIT CARD PUR, AUT 041723 INTL DDA PUR<br>CARREFOUR AEROPORTO NAPO   NAPOLI     I TA<br>4085404032285573 | 1.94 |
| 04/18 | INTL DEBIT CARD PUR, AUT 041723 INTL DDA PUR<br>CARREFOUR AEROPORTO NAPO   NAPOLI     I TA<br>4085404032285573 | 1.66 |
| 04/18 | INTL TXN FEE, INTL TXN FEE | 0.33 |
| 04/18 | INTL TXN FEE, INTL TXN FEE | 0.10 |
| 04/18 | INTL TXN FEE, INTL TXN FEE | 0.06 |
| 04/18 | INTL TXN FEE, INTL TXN FEE | 0.05 |
| 04/19 | INTL DEBIT CARD PUR, AUT 041823 INTL DDA PUR<br>HOTEL COCUMELLA          SANT AGNELLO I TA<br>4085404032285573 | 2,200.40 |
| 04/19 | DEBIT CARD PURCHASE, AUT 041923 VISA DDA PUR<br>PAYPAL HAZZERO          VISA DIRECT * CA<br>4085404032285573 | 240.84 |
| 04/19 | INTL DEBIT CARD PUR, AUT 041823 INTL DDA PUR<br>CAPRI MANIA          ANACAPRI    I TA<br>4085404032285573 | 123.22 |
| 04/19 | INTL DEBIT CARD PUR, AUT 041823 INTL DDA PUR<br>SEGGIOVIA MONTE SOLARO    ANACAPRI    I TA<br>4085404032285573 | 77.01 |

# Bank

**America's Most Convenient Bank®**

MENDEL PANETH LLC

## Electronic Payments (continued)

| Date | Description | Amount |
|---|---|---|
| 04/19 | INTL TXN FEE, INTL TXN FEE | 66.01 |
| 04/19 | INTL DEBIT CARD PUR, AUT 041623 INTL DDA PUR<br>SWISS RETAIL INMOTION     ZUERICH     C HE<br>4085404032285573 | 4.51 |
| 04/19 | INTL TXN FEE, INTL TXN FEE | 3.70 |
| 04/19 | INTL TXN FEE, INTL TXN FEE | 2.31 |
| 04/19 | INTL TXN FEE, INTL TXN FEE | 0.14 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>FLOUR FARINA E CUCINA     ROMA       I TA<br>4085404032285573 | 1,200.43 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>SUMUP  SEGWAY FIRENZE S   FIRENZE     I TA<br>4085404032285573 | 543.76 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>GELATERIA            ROMA       I TA<br>4085404032285573 | 41.19 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>6645  GEDDA 07          ROMA      I TA<br>4085404032285573 | 38.45 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 36.01 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>6645  TOKIO 40          ROMA      I TA<br>4085404032285573 | 16.48 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 16.31 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>SUMUP  GOFFREDO CRIST    ROMA      I TA<br>4085404032285573 | 9.89 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>6645  TOKIO 40          ROMA      I TA<br>4085404032285573 | 7.14 |
| 04/20 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>ADS SAN NICOLA EST      SAN NICOLA LA I TA<br>4085404032285573 | 4.70 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 1.24 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 1.15 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 0.49 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 0.30 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 0.21 |
| 04/20 | INTL TXN FEE, INTL TXN FEE | 0.14 |
| 04/21 | INTL DEBIT CARD PUR, AUT 042023 INTL DDA PUR<br>ROBERTO NALDI COLLECTION  ROMA      I TA<br>4085404032285573 | 3,301.02 |

## Bank

**America's Most Convenient Bank®**

MENDEL PANETH LLC

### Electronic Payments (continued)

| Date | Description | Amount |
|---|---|---|
| 04/21 | DEBIT CARD PURCHASE, AUT 042023 VISA DDA PUR<br>PAYPAL  CHABADPIAZZ      402 935 7733  * CA<br>4085404032285573 | 915.35 |
| 04/21 | INTL DEBIT CARD PUR, AUT 041823 INTL DDA PUR<br>PAYPAL ITALY TOURS       35314369001  I TA<br>4085404032285573 | 676.03 |
| 04/21 | INTL DEBIT CARD PUR, AUT 041923 INTL DDA PUR<br>SAMUEL             ROMA      I TA<br>4085404032285573 | 601.98 |
| 04/21 | DEBIT CARD PURCHASE, AUT 042123 VISA DDA PUR<br>PAYPAL JB280652         VISA DIRECT  * CA<br>4085404032285573 | 204.80 |
| 04/21 | INTL DEBIT CARD PUR, AUT 042023 INTL DDA PUR<br>COMUNITA EBRAICA MUSEO     ROMA       I TA<br>4085404032285573 | 121.94 |
| 04/21 | INTL TXN FEE, INTL TXN FEE | 99.03 |
| 04/21 | DEBIT CARD PURCHASE, AUT 041523 VISA DDA PUR<br>LYFT   RIDE SAT 8PM     LYFT COM    * CA<br>4085404032285573 | 63.77 |
| 04/21 | INTL TXN FEE, INTL TXN FEE | 20.28 |
| 04/21 | INTL TXN FEE, INTL TXN FEE | 18.06 |
| 04/21 | DEBIT CARD PAYMENT, AUT 042023 VISA DDA PUR<br>SPOTIFY          877 778 1161 * NY<br>4085404032285573 | 9.99 |
| 04/21 | INTL TXN FEE, INTL TXN FEE | 3.66 |
| 04/24 | DEBIT CARD PURCHASE, AUT 042123 VISA DDA PUR<br>AMAZON PRIME HV6369262    AMZN COM BILL * WA<br>4085404032285573 | 16.32 |
| | Subtotal: | 47,285.46 |

### Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| 04/11 | WIRE TRANSFER FEE | 15.00 |
| 04/17 | WIRE TRANSFER FEE | 15.00 |
| 04/17 | WIRE TRANSFER FEE | 15.00 |
| 04/24 | OVERDRAFT PD | 140.00 |
| 04/25 | OVERDRAFT PD | 35.00 |
| | Subtotal: | 220.00 |

### Service Charges

| Date | Description | Amount |
|---|---|---|
| 04/28 | MAINTENANCE FEE | 25.00 |
| | Subtotal: | 25.00 |

# Bank

**America's Most Convenient Bank®**

MENDEL PANETH LLC

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/31 | 28,039.34 | 04/14 | 4,649.30 |
| 04/03 | 10,735.60 | 04/17 | 10,471.05 |
| 04/04 | 9,941.71 | 04/18 | 10,277.01 |
| 04/05 | 9,858.77 | 04/19 | 7,558.87 |
| 04/06 | 9,815.77 | 04/20 | 5,640.98 |
| 04/07 | 10,600.73 | 04/21 | -394.93 |
| 04/10 | 10,368.08 | 04/24 | -551.25 |
| 04/11 | 15,341.64 | 04/25 | -586.25 |
| 04/12 | 15,303.02 | 04/28 | -611.25 |
| 04/13 | 11,605.38 | | |