| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | |
| EASTERN DISTRICT OF NEW YORK | September 22, 2025 |
| -----------------------------------------------------------X | 9:30AM |
| IN RE: | |
| | Chapter 13 |
| MENDEL PANETH, | Case No: 122-41414-NHL |
| Debtor. | |
| -----------------------------------------------------------X | |

**NOTICE OF SETTLEMENT OF**

**PROPOSED ORDER DISMISSING CHAPTER 13 CASE**

SIRS/MESDAMES:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Nancy Hershey Lord, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on September 22, 2025, at 9:30AM.

PLEASE TAKE FURTHER NOTICE, that counter-orders must be presented and served upon the undersigned no later than three (3) days prior to the settle date set forth above, and if no counter-order is presented and served, the attached Order may be signed.

Date:   Jericho, New York
        August 20, 2025

                                                *s/ Krista M. Preuss*
                                                KRISTA M. PREUSS, CHPT 13 TRUSTEE
                                                100 JERICHO QUADRANGLE; SUITE 127
                                                JERICHO, NY 11753
                                                (516) 622-1340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X    Chapter 13
IN RE:                                                                              Case No. 122-41414-NHL

MENDEL PANETH,

                                        Debtor.
--------------------------------------------------------X

## ORDER DISMISSING CASE

UPON the April 10, 2025, written application of Krista M. Preuss, Chapter 13 Trustee (the "Trustee"), seeking entry of an Order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c) and due notice of this application having been given to all necessary parties; and

WHEREAS, on August 13, 2025, the Trustee appeared in support thereof, Paul Hollender, Esq., appeared on behalf of the Debtor, and Austin Thomas Shufelt, Esq. appeared on behalf of Sarah Paneth; and

WHEREAS, the Debtor failed to file verified monthly operating reports as required by 11 U.S.C. §1304, Fed. R. Bankr. P. 2015(c)(1)(A), and E.D.N.Y. LBR 2015-1; and

WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is hereby

**ORDERED,** that this Chapter 13 case is dismissed pursuant to 11 U.S.C. § 1307(c).

Dated: Brooklyn, NY
        , 2025

                                                                              _____
                                                                              Hon. Nancy Hershey Lord
                                                                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X     Chapter 13
IN RE

                Case No: 122-41414-NHL

MENDEL PANETH,

                CERTIFICATE OF SERVICE

              Debtor.
-----------------------------------------------------------X

       I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

MENDEL PANETH
85 BOLIVAR STREET
STATEN ISLAND, NY 10314

Dahiya Law Offices LLC
75 Maiden Lane
Suite 606
New York, NY 10038

Ditommaso Real Estate
113 New Dorp Plaza
Staten Island, NY 10306

Merlino & Gonzalez
394 Manor Road
Staten Island, NY 10314

Notice by electronic transmission generated by the ECF system to the following persons/entities pursuant to Bankruptcy Rule 9036:

PAUL HOLLENDER, ESQ., info@silawfirm.com

Mendel Paneth, 16462757333m@gmail.com

Congregation Bnei Avrohom c/o Nixon Peabody LLP, agilbert@nixonpeabody.com

Freedom Mortgage Corporation c/o McCalla Raymer Leibert Pierce, LLC, Phillip.Raymond@McCalla.com, linda.st.pierre@mccalla.com, and ernest.yazzetti@mccalla.com

Yosef Freund c/o Law Office of Rachel Blumenfeld, rachel@blumenfeldbankruptcy.com

Infinite Solutions NY Inc. c/o Backenroth Frankel & Krinsky, LLP, mfrankel@bfklaw.com

JCR Pinting c/o c/o Backenroth Frankel & Krinsky, LLP, mfrankel@bfklaw.com

Kidline Enterprises Inc. c/o Kudman Trachten Aloe Posner LLP, paloe@kudmanlaw.com

Kidline Enterprises Inc. c/o Backenroth Frankel & Krinsky, LLP, mfrankel@bfklaw.com

Chaim Kohn c/o Backenroth Frankel & Krinsky, LLP, mfrankel@bfklaw.com

Morrison Cohen LLP c/o Drinker Biddle and Raat LLP, hrosenblat@morrisoncohen.com

Sarah Paneth c/o New York Litigation Group, PLLC, austin@nylitgroup.com

David Reiner c/o Kudman Trachten Aloe Posner LLP, paloe@kudmanlaw.com

Yossi Reiner c/o Backenroth Frankel & Krinsky, LLP, mfrankel@bfklaw.com

Tele-Go Inc. c/o Backenroth Frankel & Krinsky, LLP, mfrankel@bfklaw.com

Transmission times for electronic delivery are Eastern Time zone.

This August 20, 2025

s/ *Hanin R. Shadood*
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista Preuss
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Case No: 122-41414-NHL
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE:

MENDEL PANETH,

Debtor.

**NOTICE OF SETTLEMENT AND ORDER DISMISSING CASE**

**KRISTA M. PREUSS, TRUSTEE**
**100 JERICHO QUADRANGLE; SUITE 127**
**JERICHO, NY 11753**
**(516) 622-1340**